```
         FILED        ENTERED
         LODGED       RECEIVED

         MAR 0 1 2002   MR
                AT SEATTLE
          CLERK U.S. DISTRICT COURT
    BY  WESTERN DISTRICT OF WASHINGTON
                              DEPUTY
```

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO |
| Plaintiff, | CV02-0468 |
| v | COMPLAINT |
| LAIDLAW INC., and LAIDLAW EDUCATION SERVICES dba LAIDLAW TRANSIT, INC. | JURY TRIAL DEMAND |
| Defendant. | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Sheryl Everson ("Ms. Everson"). The Equal Employment Opportunity Commission alleges that defendant subjected Ms. Everson to disparate treatment on the basis of her sex, female   Plaintiff seeks monetary relief, including pecuniary and nonpecuniary compensatory and punitive damages and injunctive relief, on behalf of Ms. Everson.


CV 02-0468 #1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C sections 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U S C §1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Washington at Seattle.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U S.C. §2000e-5(f)(1).

4. At all relevant times, defendant Laidlaw Inc., and Laidlaw Education Services dba Laidlaw Transit Inc.("Laidlaw") has been a corporation continuously doing business in the State of Washington and has continuously had at least 15 employees.

5. At all relevant times, defendant Laidlaw has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6  More than thirty days prior to the institution of this lawsuit, Ms Everson filed a charge with the Commission alleging violations of Title VII by defendant Laidlaw   All conditions precedent to the institution of this lawsuit have been fulfilled

7. Since on or about March 2, 2001, defendant Laidlaw engaged in unlawful employment practices at its Seattle, Washington facility in violation of §§ 703(a) of Title VII, 42 U S.C. §§ 2000e-2(a)   Defendant Laidlaw affected the terms and conditions of Ms

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone (206) 220 6883
Fax (206) 220-6911
TDD (206) 220-6882

1  Everson's employment by subjecting her to disparate treatment in the terms and conditions
2  of her employment because of her sex, female

3      8.    The effect of the practices complained of in paragraph 7 above has been to
4  deprive Ms. Everson of equal employment opportunities and otherwise adversely affect her
5  status as an employee because of her sex, female.

6      9.    The unlawful employment practices complained of in paragraph 7 above
7  were intentional.

8      10.    The unlawful employment practices complained of in paragraph 7 above
9  were done with malice or with reckless indifference to Ms. Everson's federally protected
10 rights

## PRAYER FOR RELIEF

12  Wherefore, the Commission respectfully requests that this Court

13      A.    Grant a permanent injunction enjoining defendant, its officers, successors,
14  agents, assigns, and all persons in active concert or participation with it, from engaging in
15  any employment practices which discriminate on the basis of sex.

16      B    Order defendant to institute and carry out policies, practices, and programs
17  which provide equal employment opportunities for all employees, and which eradicate the
18  effects of its past and present unlawful employment practices.

19      C.    Order defendant to make whole Ms. Everson by providing appropriate back
20  pay with prejudgment interest, in amounts to be determined at trial, and other affirmative
21  relief necessary to eradicate the effects of its unlawful employment practices

22      D.    Order defendant to make whole Ms. Everson by providing compensation for
23  past and future pecuniary losses resulting from the unlawful employment practices
24  described in paragraph 7 above, including past and future out-of-pocket expenses, in
25  amounts to be determined at trial.

26      E.    Order defendant to make whole Ms Everson by providing compensation for
27  past and future nonpecuniary losses resulting from the unlawful practices complained of in

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

1  paragraph 7 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

    F.    Order defendant to pay Ms Everson punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

    G.    Grant such further relief as the Court deems necessary and proper in the public interest

    H.    Award the Commission its costs of this action.

### JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 1st day of March, 2002.

| | |
|---|---|
| A. LUIS LUCERO, JR.<br>Regional Attorney | GWENDOLYN YOUNG REAMS<br>Associate General Counsel |
| KATHRYN OLSON<br>Supervisory Trial Attorney | |
| CARMEN FLORES<br>Trial Attorney | |
| BY _A. Luis Lucero_ | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>Seattle District Office<br>909 First Avenue, Suite 400<br>Seattle, Washington 98104<br>Telephone (206) 220-6893 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>Office of the General Counsel<br>1801 "L" Street, N W<br>Washington, D.C 20507 |

Attorneys for Plaintiff

LAIDLAW EDU. SERVICES COMPLAINT - PAGE 4

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882