UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 2 0 2004

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>LAIDLAW INC; et al.,<br><br>    Defendants - Appellants,<br><br>v.<br><br>SHERYL EVERSON,<br><br>    Plaintiff-intervenor - Appellee. | No. 03-35774<br><br>D.C. No. CV-02-00468-TSZ<br>Western District of Washington, Seattle<br><br>ORDER<br><br><br>OCT 26 2004 |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>LAIDLAW INC; et al.,<br><br>    Defendants - Appellees. | No. 03-35805<br><br>D.C. No. CV-02-00468-TSZ<br>Western District of Washington, Seattle |



02-CV-00468-MAN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>LAIDLAW INC; et al.,<br><br>    Defendants - Appellants,<br><br>v.<br><br>SHERYL EVERSON,<br><br>    Plaintiff-intervenor - Appellant. | No. 03-35817<br><br>D.C. No. CV-02-00468-TSZ<br>Western District of Washington, Seattle |

The parties have stipulated to the dismissal of these appeals under Fed. R. App. P. 42(b). These appeals are dismissed with prejudice. Costs shall be allocated according to the provisions of the stipulation.

A certified copy of this order sent to the district court shall act as and for the mandate of this court.

> For the Court:
> CATHY A. CATTERSON
> Clerk of the Court
>
> Cathie A. Gottlieb
> Deputy Clerk
> Ninth Cir. R. 27-7/Advisory Note to Rule 27 and Ninth Circuit 27-10

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 28 2004

by: _____
     Deputy Clerk

pro 10.18

2