Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>           Plaintiff,<br><br>   v.<br><br>LAIDLAW, INC., and LAIDLAW EDUCATION SERVICES dba LAIDLAW TRANSIT, INC.,<br><br>           Defendant.<br><br>SHERYL EVERSON,<br><br>           Plaintiff in Intervention. | NO. C02-468Z<br><br>STIPULATION AND ORDER RE: EXONERATION AND RELEASE OF SUPERSEDEAS BOND |

## **STIPULATION**

The parties advise the Court as follows:

1. On December 4, 2003, defendant Laidlaw posted with the court supersedeas bond #1000132 in the amount of $275, 000.00 issued by LEXON INSURANCE COMPANY.

2. The parties have settled all claims between them, and the appeal has been dismissed.

---

STIPULATION AND ORDER RE: EXONERATION AND
RELEASE OF SUPERSEDEAS BOND
C02-468Z                                                                - 1 -

ProACT Law Group, PLLC
18550 43rd Ave. NE
Seattle, Washington 98155-4211
(206) 362-5763 · Fax: (206) 362-5763

3. Accordingly, the parties stipulate to entry of the following order.

Dated: July 7, 2005          ProACT LAW GROUP, PLLC

                             By:     s/ Cheryl Hintz Middleton
                                   Cheryl Hintz Middleton
                                   WSB No. 23025
                             Attorneys for Defendant

Dated: July 11, 2005         MUNDT MACGREGOR L.L.P.


                             By:     /s/ John H. Chun
                                   John H. Chun
                                   WSB No. 24767
                                   Mark A. Wilner
                                   WSB No. 31550
                             Attorneys for Plaintiff in Intervention

Dated: August 10, 2005       EQUAL EMPLOYMENT OPPORTUNITY
                             COMMISSION


                             By:     /s/ Carmen Flores
                                   Carmen Flores
                                   WSB No. 25798
                             Attorneys for Plaintiff


## **ORDER**

Based on the foregoing stipulation, IT IS SO ORDERED. The supersedeas bond in the amount of $275,000.00, posted by Laidlaw is hereby fully exonerated and released.



Dated: _____     _____
                                   Judge Thomas S. Zilly

STIPULATION AND ORDER RE: EXONERATION AND
RELEASE OF SUPERSEDEAS BOND
C02-468Z                          - 2 -

ProACT Law Group, PLLC
18550 43rd Ave. NE
Seattle, Washington 98155-4211
(206) 362-5763 · Fax: (206) 362-5763