02-CV-00468-ORD

Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> LAIDLAW, INC., and LAIDLAW EDUCATION SERVICES dba LAIDLAW TRANSIT, INC., <br><br> Defendant. <br><br><br> SHERYL EVERSON, <br><br> Plaintiff in Intervention. | NO. C02-468Z <br><br> STIPULATION AND ORDER RE: EXONERATION AND RELEASE OF SUPERSEDEAS BOND |

## STIPULATION

The parties advise the Court as follows:

1. On December 4, 2003, defendant Laidlaw posted with the court supersedeas bond #1000132 in the amount of $275,000.00 issued by LEXON INSURANCE COMPANY.

2. The parties have settled all claims between them, and the appeal has been dismissed.

STIPULATION AND ORDER RE: EXONERATION AND RELEASE OF SUPERSEDEAS BOND
C02-468Z
- 1 -

ProACT Law Group, PLLC
18560 41rd Ave. NE
Seattle, Washington 98155-4211
(206) 302-5763 · Fax: (206) 362-5763

3. Accordingly, the parties stipulate to entry of the following order.

Dated: July 7, 2005                     ProACT LAW GROUP, PLLC

                                        By:      s/ Cheryl Hintz Middleton
                                                 Cheryl Hintz Middleton
                                                 WSB No. 23025
                                                 Attorneys for Defendant

Dated: July 11, 2005                    MUNDT MACGREGOR L.L.P.

                                        By:      /s/ John H. Chun
                                                 John H. Chun
                                                 WSB No. 24767
                                                 Mark A. Wilner
                                                 WSB No. 31550
                                                 Attorneys for Plaintiff in Intervention

Dated: August 10, 2005                  EQUAL EMPLOYMENT OPPORTUNITY
                                        COMMISSION

                                        By:      /s/ Carmen Flores
                                                 Carmen Flores
                                                 WSB No. 25798
                                                 Attorneys for Plaintiff

## ORDER

Based on the foregoing stipulation, IT IS SO ORDERED. The supersedeas bond in the amount of $275,000.00, posted by Laidlaw is hereby fully exonerated and released.

Dated: August 11, 2005                  _____
                                        Judge Thomas S. Zilly

STIPULATION AND ORDER RE: EXONERATION AND
RELEASE OF SUPERSEDEAS BOND
C02-468Z                                - 2 -

ProACT Law Group, PLLC
18550 43rd Ave. NE
Seattle, Washington 98155-4211
(206) 362-5763 · Fax: (206) 362-5763